**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * Case No.: **21-mj-00110RMM** |
| **JORGE A. RILEY** | * |
| **Defendant** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF FILING – DISCOVERY**

NOW COMES, the Defendant, Jorge A. Riley, by and through his counsel, Michael E. Lawlor and Brennan, McKenna & Lawlor, Chartered, and hereby files for the record a copy of discovery correspondence recently provided by the undersigned to the United States in connection with the above-referenced case.

WHEREFORE, Jorge A. Riley respectfully moves this Honorable Court to accept this document for filing and make it a part of the record in this case.

Respectfully submitted,

/s/
_____

February 3, 2021

Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
Bar Number 5883
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044  (telephone number)
301-474-5730  (facsimile number)
mlawlor@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2021, a copy of the foregoing was sent via electronic filing to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor

1