# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      *

     vs.                     *         **Case No.: 21-cr-0069 APM**

**JORGE A. RILEY**              *

     **Defendant**              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's Consent Motion for Continuance and Exclusion of Time from Calculation Under the Speedy Trial Act. The Court having considered the motion, being fully advised, it is this _____ day of _____, 2021:

**ORDERED**, that the Consent Motion for Continuance and Exclusion of Time From Calculation Under the Speedy Trial Act be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the status conference scheduled for Tuesday, October 19, 2021 at 10:30 a.m. is hereby continued for a period of approximately two weeks, and that this time is excluded from the Speedy Trial calculation in this case.

_____
UNITED STATES JUDGE

2

2