## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         *

**vs.**                              *         **Case No.: 21-cr-0069 APM**

**JORGE A. RILEY**                   *

**Defendant**                        *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF THE COURT

This matter is before the Court on the defendant's Consent Motion for Continuance and Exclusion of Time from Calculation Under the Speedy Trial Act. The Court having considered the motion, being fully advised, it is this 2nd day of November, 2021: **ORDERED**, that the Consent Motion for Continuance and Exclusion of Time From Calculation Under the Speedy Trial Act be and the same is hereby **GRANTED;** and it is further, **ORDERED,** that the status conference scheduled for Tuesday, November 2, 2021 at 11:00 a.m. is hereby continued to December 2, 2021, at 11:00 a.m., and that time is excluded from the Speedy Trial calculation in this case until December 2, 2021, as the ends of justice outweigh the interests of the public and the defendant in a speedy trial. Specifically, the exclusion of time is warranted, as set forth in defendant's motion, to permit the parties to negotiate a pretrial disposition and to continue the process of producing and reviewing discovery.