IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.: 21-cr-0069 APM |
| JORGE A. RILEY | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF THE COURT

This matter is before the Court on the defendant's Consent Motion for Continuance and Exclusion of Time from Calculation Under the Speedy Trial Act. The Court having considered the motion, being fully advised, it is this _____ day of _____, 2021:

**ORDERED**, that the Consent Motion for Continuance and Exclusion of Time From Calculation Under the Speedy Trial Act be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the status conference scheduled for Thursday, December 2, 2021 at 11:00 a.m. is hereby vacated and rescheduled for December 22, 2021, at 11:00 a.m, and that time is excluded from the Speedy Trial calculation in this case until December 22, 2021, to allow the parties time to negotiate a possible pre-trial disposition.

2021.12.01
17:01:20 -05'00'

_____
UNITED STATES JUDGE