# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | **Case No.: 21-cr-0069 APM** |
| **JORGE A. RILEY** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PROPOSED ORDER OF THE COURT

This matter is before the Court on the defendant's Consent Motion for Continuance and Exclusion of Time from Calculation Under the Speedy Trial Act. The Court having considered the motion, being fully advised, it is this _____ day of _____, 2021:

**ORDERED**, that the Consent Motion for Continuance and Exclusion of Time From Calculation Under the Speedy Trial Act be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the status conference scheduled for Wednesday, December 22, 2021 at 11:00 a.m. is hereby continued for a period of approximately 30 days, and that this time is excluded from the Speedy Trial calculation in this case.

_____
UNITED STATES JUDGE