# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | **Case No.: 21-cr-0069 APM** |
| **JORGE A. RILEY** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR CONTINUANCE AND EXCLUSION OF TIME FROM CALCULATION UNDER THE SPEEDY TRIAL ACT

COMES NOW, the Defendant Jorge A. Riley, by and through counsel, Michael E. Lawlor, and Brennan, McKenna, & Lawlor, Chtd., and hereby moves this Honorable Court to continue the status conference currently scheduled for Tuesday, March 8, 2022, and exclude certain time from the Speedy Trial Act calculation in this case. In support of this Motion, counsel states the following:

1.  Per prior Order of the Court, Mr. Riley is scheduled to appear before this Honorable Court on Tuesday, March 8, 2022 at 12:45 p.m. for a status conference in the above-referenced case.

2.  For the following reasons, undersigned counsel respectfully asks for a 45-day continuance of the status conference, and the exclusion of that time for Speedy Trial purposes, for the following reasons.

1

a. The United States of America and counsel for Mr. Riley are negotiating a possible disposition in this matter. To that end, the parties have scheduled a reverse proffer in this matter;

b. Undersigned counsel intends to continue discussions with the United States and Mr. Riley about a possible resolution in this case, but requires additional time to do so;

c. Undersigned counsel was scheduled to be in trial in the matter of *United States v. Jermaine Campbell* in the United States District Court for the District of Columbia. Due to this counsel was unable to meet with the defendant and discuss this matter.

3. Undersigned counsel has discussed this request with Mr. Riley, and is authorized to state that he is in agreement with the instant request, and consents to exclusion of time under the Speedy Trial Act.

4. Undersigned counsel has also contacted Assistant United States Attorney Troy A. Edwards, and is authorized to state that the United States does not oppose this motion.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court continue the current status conference date for a period of approximately 45 days, and exclude that time from the Speedy Trial calculation in this case.

Respectfully submitted,

/s/
_____
Michael E. Lawlor, Bar ID: 459767
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2022, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor