IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No.: 21-cr-0069 APM |
| **JORGE A. RILEY** | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER OF THE COURT

This matter is before the Court on the defendant's Consent Motion for Continuance and Exclusion of Time from Calculation Under the Speedy Trial Act. The Court having considered the motion, being fully advised, it is this _____ day of _____, 2022:

**ORDERED**, that the Consent Motion for Continuance and Exclusion of Time From Calculation Under the Speedy Trial Act be and the same is hereby **GRANTED;** and it is further,

**ORDERED,** that the status conference scheduled for Tuesday, March 8, 2022 at 12:45 p.m. is hereby continued until April 21, 2020, at 10:00 a.m., and that this time is excluded from the Speedy Trial calculation in this case until that date, as the interests of justice outweigh the interests of the defendant and the public in a speedy trial. Specifically, the exclusion of time is warranted to allow the parties additional time to negotiate a potential pretrial disposition.

_____
UNITED STATES JUDGE