UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE AARON RILEY,<br><br>Defendant. | Case No. 21-cr-69-APM |

UNITED STATES' MOTION FOR
EXTENSION OF DEADLINE TO FILE SENTENCING MEMORANDA

The United States respectfully requests an eight-day extension of the deadline to file a sentencing memorandum in this case from August 24 to September 1, 2023. The government has conferred with defense counsel who does not oppose this extension request, and the government does not oppose similarly extending the defendant's deadline.

On March 7, 2023, defendant Jorge Riley pled guilty to Count One of the indictment, agreeing that he corruptly obstructed an official proceeding, that is the certification of the electoral college vote on January 6, 2021, in violation of 18 U.S.C. § 1512(c)(2). The Court then scheduled sentencing for September 6, 2023, with the parties' sentencing memoranda due on August 24, 2023.

On August 16, 2023, United States Probation filed both a final pre-sentence report and final recommendation for the defendant's sentence. The government had no material objections to the draft pre-sentence report.

Due to medical complications and related appointments for government counsel throughout last week and this week, the government now requests an extension of the sentencing memoranda deadline for both parties to September 1, 2023.

1

WHEREFORE, the government, with apologies for any inconvenience to the Court, respectfully moves for an eight-day extension of the parties' sentencing memoranda.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: _____
Troy A. Edwards, Jr.
Assistant United States Attorney
N.Y. Bar No. 5453741
Assistant United States Attorneys
U.S. Attorney's Office, District of Columbia
601 D Street NW
Washington, D.C. 20530