# ARREST REPORT
**SACRAMENTO COUNTY JAIL**

**Arrest Report No:** 08-3745 Ⓡ

- ☒ IN CUSTODY
- ☐ SSD
- ☒ CLEAR-UP

**Arresting Agency:** ☒ SSD NCO ☐ CHP ☐ SPD ☐ OTHER

| Field | Value |
|---|---|
| 1st Charge | 647(F) |
| Source | PC |
| Type Charge | ☐ FEL ☒ MISD |
| Crime Definition | DRUNK IN PUBLIC |
| Juvenile/Adult | ☒ ADULT |
| Arresting Agency F/P No. | 566753 |
| Bail | 1000 |
| Location of Crime | FULTON / HURLEY |
| Victim/Complainant's Name | STATE OF CALIFORNIA |
| Date/Time of Crime | 1/16/08 2230 |
| Victim Address | SACTO, CA |
| Location of Arrest | FULTON / HURLEY |
| Date Arrested | 1/16/08 |
| Time | 2230 |
| Day | WE |
| Arrested By | ☒ OFFICER |
| Date Booked | 1/17/08 |
| Time | 0002 |
| Accomplices | NONE |

**Warrant Check Run:** ☒ SSD ☐ SPD ☒ CLETS — Is Arrestee Parolee? ☒ NO

**Arrestee/Suspect Name (Last, First, Middle):** KAHANA, DAVID
**Address:** 7540 HAINESPOINT WY
**City:** SAC
**State:** CA
**Zip:** 95824
**Home Phone:** 856-4120
**Sex:** M
**Race:** B
**Age:** 27
**DOB:** 1/15/80
**Place of Birth:** SACRAMENTO
**Height:** 6'0
**Weight:** 200
**Hair:** BLK
**Eyes:** BRO
**Driver's License No.:** B9693537
**State:** CA
**SSN:** 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
**Occupation/Employer:** R&J WHOLESALE
**Business Phone:** 637-1111

**Arrest Resulting From Traffic Accident:** ☒ NO
**Arrestee Sobriety:** ☒ DRUNK
**Sobriety Test:** ☒ NO / N/A

**Clearance (SSD Only):** ☒ 10 ARREST
**Date Cleared:** 1-16-08
**Vehicle Body Style:** BIKE

**Misdemeanor Arrests — Reason for Non-Release:**
1. ☒ INTOXICATION-DANGER TO SELF OR OTHERS
4. ☒ OUTSTANDING WARRANT(S)
9. OTHER REASON(S): X-375-9743

**Synopsis of Corpus Delicti:**
GOOD I.D.
* SEE P.C. *

[Sacramento County Sheriff's Department – Controlled Document stamp]

**Reporting Officer:** JAKUBIAK
**Badge:** 1325
**Div:** NC

7400 FORM 059 (5/84)
SSD ADULT 1-RECORDS / 2-D A DETAIL/OTHER AGENCY / 3-I D SECTION
JUVENILE 1-RECORDS / 2-YOUTH DIV / 3-PROBATION
SPD ADULT 1-COUNTY JAIL / 2-PUBLIC COUNTER / 3-OFFICER COPY
JUVENILE 1-IDENTIFICATION / 2-JUVENILE HALL / 3-OFFICER COPY

PAGE 1 OF 2

# PROBABLE CAUSE DECLARATION FOR IN CUSTODY DETAINEES
## (DO NOT ATTACH BOOKING SUMMARY TO ADULT DETAINEE)

| DEFENDANT NAME | X-REF | AGENCY | REPORT NO. |
|---|---|---|---|
| KAHANA, DAVID | 3759743 | SSD | WARRANT |

I declare the above named person has been arrested and is detained in the Sacramento County ☒ Jail ☐ Juvenile Hall. I am informed of and believe the facts below which establish probable cause to detain this individual: (Print in blank ink; circle description of witness, and "saw" or "heard" as appropriate).

**EVIDENCE ESTABLISHING A CRIME WAS COMMITTED**

Witness / Victim / Officer _____ stated he/she saw/heard the following

ABOVE SUBJECT WAS OBSERVED RIDDING HIS BICYCLE AT NIGHT WITHOUT LIGHTS OR REFLECTORS. A RECORDS CHECK ON THE SUBJECT REVEALED 5 OUTSTANDING WARRANTS. 1st) SA# 02619739 FOR THE AMOUNT OF $6,000.00, ISSUED BY JUDGE KEN BRODY.

(If necessary, continue below)

**EVIDENCE ESTABLISHING THAT THE ARRESTED PERSON COMMITTED THE CRIME**

Witness / Victim / Officer _____ stated he/she saw/heard the following

2nd) SA# 02619760 FOR THE AMOUNT OF 2,500.00 ISSUED BY JUDGE CHRISTOPHER LONGAKER. 3rd) SA# 02619775 FOR THE AMOUNT OF $1,663.00 ISSUED BY JUDGE CHRISTOPHER LONGAKER. 4th) SA# 02619804 FOR THE AMOUNT OF $1,283.00

(If necessary, continue below)

| SIGNATURE | PRINT NAME | DATE | BADGE NO. |
|---|---|---|---|
| S.J. (signature) | JAKUBIAK | 1/16/08 | 1325 |

**JUDICIAL DECISION RE: PROBABLE CAUSE TO DETAIN**

☐ I find the declaration DOES establish probable cause to believe this arrestee committed a crime. The arrestee may be detained.

☐ I find the delcaration DOES NOT establish probable cause to detain. The arrestee should be released on the charge(s).

| SIGNATURE OF MAGISTRATE | DATE | TIME |
|---|---|---|
| | | |

**VC 23153 (a-b) BAIL/OR INFORMATION**

| VICTIM(S) NAME(S) | AGE | EXTENT OF INJURY | HOSPITALIZED YES / NO | IF YES, WHERE |
|---|---|---|---|---|

ISSUED BY JUDGE CHRISTOPHER LONGAKER. 5th) SA# 02573318 NO BAIL, ISSUED BY JUDGE RAOUL THORBOURNE. ABOVE SUBJECT WAS ALSO INTOXICATED. HE HAD A VERY STRONG

**PC 273.5 BAIL/OR INFORMATION**

| YES | NO | UNK | QUESTIONS (FOR "YES" ANSWERS, EXPLAIN BELOW) | YES | NO | UNK | QUESTIONS (FOR "YES" ANSWERS, EXPLAIN BELOW) |
|---|---|---|---|---|---|---|---|
| | | | 1. Prior documented domestic violence history? | | | | 5. Is the victim fearful of further violence? |
| | | | 2. Documented history of violence? | | | | 6. Has the victim sought alternative housing? |
| | | | 3. Other temporary housing available to arrestee? | | | | 7. Were minor children threatened or endangered? |
| | | | 4. Was violation of a court order involved? | | | | 8. Any statement by arrestee as to further violence? |

☐ Explanation of any "Yes" answer above in 273.5 PC cases, and describe extent of injury.
☐ Continuation of answer(s) from above.
☐ (Check if applicable) Minor admitted to Officer _____ that he/she

ODOR OF ALCOHOL. HIS EYES WERE GLASSY AND HE WAS UNSTEADY ON HIS FEET.

WHITE - Original, Pretrial Services    YELLOW - Jail File    PINK - Arresting LEA
7400-018 (Rev 11/98)