Kelli Sue Morgan

gmail.com

August 30, 2023

Hon. Amet P. Mehta
United States District Judge
Washington, DC

Dear Honorable Judge Amet P. Mehta:

I am Kelli Sue Morgan, a Training Resources Specialist in the technology industry. I am Jorge Riley's long-time partner and the mother to our one-year-old daughter, Reagan. I write today on behalf of our family to respectfully request that Jorge receive a mitigated probation sentence.

Please allow me to provide background on my relationship with Jorge. We met through a mutual friend in the fall of 2020. I immediately noticed his friendly demeanor and how he effortlessly brought a smile to everyone who interacted with him. It was cold that night, and Jorge handed me his coat without me asking for it, and he urged me to wear his jacket all evening. He has always been a gentleman, and I have seen him display genuine courtesy to many people.

Two years ago, we encountered a car accident on the freeway. While other cars passed and ogled the wreck, Jorge asked me to go forward and stop at the accident. He jumped out of the car to administer first aid to several people in different vehicles. He didn't hesitate to use his medical training and caught one woman who fainted before she hit the ground. More recently, we were seated on a restaurant patio where two workers rushed out due to a small fire at the restaurant perimeter. Jorge jumped up to help them pull a hose out and stood alert until the fire was out. He is quick to ensure people are free from danger, and many times, I have noticed he is the only person who acts when others do not.

Over the past couple of years, I have grown to know Jorge closely. We attended church together and became better friends. I have always had a tremendous respect for his resilience and the desire to improve his life, despite the setbacks he experienced from when he was a young child until now. I have deep gratitude for the eight years of military service he fulfilled and endured in the U.S. Army. I see firsthand daily how his military career left him with permanent physical disabilities. Nevertheless, he still puts others before himself, especially his family and friends.

Jorge is a good man, devoted to his country and committed to protecting those he loves. I visited Jorge the day before he left for Washington, D.C., and encouraged him to be safe. I don't think anyone was ready for what would transpire on January 6th. I knew he felt passionate about his reasons for supporting Donald Trump. Jorge has always been steadfast in his beliefs; he is always truthful with his views, even when those views may not be popular. I genuinely feel that Jorge's loyalty to our country and our President at the time was the driving force behind his trip.

Jorge was not violent in his actions; he recounted his experience joining hands with other fellow demonstrators while praying in various rooms in the U.S. Capitol. Jorge described how he helped protect two women in danger of being trampled in a crowded room. Jorge sheltered them using his physical stature, and even though he is disabled, it's typical of him to use his strength to protect those weaker than him.

Since Jorge and I have been together, I have seen a positive change in his personal growth and life trajectory. Our daughter was born in May 2022. Before her birth, he spent months impeccably painting her bedroom, building her crib, cleaning the carpet, and stocking up on diapers to prepare - all while recovering from wrist surgery. We have worked hard to create a loving home for our family. Now that Jorge is nearing sentencing, I am very concerned that I will be left alone to care for our family. I have been able to resume work since our daughter's birth, and I attribute that to the direct help of Jorge - he cares for her so I can provide for the family, my two children from a previous marriage, whom I am primarily raising.

If Jorge is not present at home, it will tremendously burden us. He creates structure and discipline, and his absence will leave a negative emotional and psychological impact on us. Our daughter is very attached to her father and is accustomed to the routine of Jorge watching her while I work. I fear our daughter will forget who Jorge is if he goes to prison. Imagining the thought of her not remembering her dad causes me great sadness. She bonds with her father daily and is most comfortable in Jorge's arms. If Jorge is imprisoned, our daughter must attend daycare, and childcare expenses will create a substantial financial burden for me.

I rely on Jorge for domestic, emotional, and financial support. If Jorge receives a prison sentence, it will result in a substantial loss of half our income. He receives disability from his service in the U.S. Army, and he helps to fill in the gaps with my other financial obligations, which otherwise I would struggle to afford. Unfortunately, I do not have any family or close friends near me who can assist the way Jorge does. He has always taken a hands-on approach as a father, and he is a partner and protector whom I trust and rely on in many ways.

It is not my intention to excuse Jorge's actions. Jorge accepts the charges brought against him, and he understands the repercussions of his choices. He will carry this with him for the rest of his life, and in a way, as his partner, so will I; I do not believe he deserves to serve time in prison because his actions were not violent, and as I mentioned earlier in this letter, Jorge is a good man. His sentence will directly impact my and my children's lives; therefore, I am writing this letter on our behalf.

Please consider issuing Jorge a mitigated probation sentence. Regardless of the outcome, I respect your decision and am grateful for your time, attention, and fair application of the law in Jorge's case. Thank you for your consideration, and I appreciate your efforts.


Sincerely,


Kelli Sue Morgan

Peter Kuo
Peter Kuo Insurance Agency

Hon. Amet P. Mehta
United States District Judge
Washington, DC

Dear Honorable Amet Mehta,

I am writing this letter in support of Jorge Riley, who is scheduled for sentencing on September 6th, 2023. I understand the gravity of the situation and the importance of upholding the law, but I implore you to consider leniency for Jorge based on his time served and his potential for rehabilitation.

I have had the privilege of knowing Jorge for over 8 years. As a fellow minority person (I am Taiwanese and he is Native American), we bonded together when we first met because we share the same passion and the love for America—the country saved my family's lives when we were persecuted by the Taiwanese government who was in charge at that time some 40+ years ago.

After this incident, he has shown genuine remorse for his actions and a strong desire to contribute positively to society. While I do not condone his past behavior, I believe that Jorge has the capacity for change and growth. During his time served, he has demonstrated a sincere intention to become a law-abiding and productive member of society upon his release.

Furthermore, Jorge's support system, including my family, his friends, and church, are eager to stand by him as he reintegrates into society. We have expressed our willingness to provide emotional and practical support to ensure his successful transition.

In light of Jorge's progress and the potential he has displayed, I respectfully request that you consider a sentencing option that focuses on his rehabilitation and reintegration rather than prolonged incarceration. Time served, coupled with continued supervision and engagement in community-based programs, could allow Jorge to continue his journey towards becoming a responsible and contributing citizen.

I trust that you will weigh all the relevant factors in Jorge's case and arrive at a decision that serves justice while also recognizing the potential for positive change. Thank you for your time and consideration.

Sincerely,

— 8.23.23

Peter Kuo

To the Honorable Judge Amet P. Mehta,

My name is Matt Menefee, and I am a Senior Manager of Matly Digital Solutions in Louisville, KY and have worked as a Graphic Designer and Manager in the Printing, Signs and Apparel Industry for over 20 years.  Previous to finding this career for myself, I was a Service Member of the United States Army from 1996 – 1998, when I was injured and Medically Separated.  I am writing on behalf of Jorge Riley.

He and I were both stationed at Fort Benning, GA in the summer of 1996 where we went though Basic and Infantry Training together.  Infantry Soldiers are a unique breed of character.  Even  more than the high physical requirements, a person's mental endurance and force of will must be more to persevere any real world challenge, and from what I have gathered from those I have known to choose this field are typically American Citizens who are highly Patriotic and care about their fellow Citizens to be willing to sacrifice all to protect and defend our Constitution and the interests of our Countrymen, against all enemies, Foreign and Domestic.  The intensity of our Oath is a building block of our brotherhood and the development of who we are as Soldiers to take care of each other and our mission.

Jorge has always proven himself to me to be reliable and trustworthy, and a strong team member.  He always wanted to help me and others in any way that he could to help us improve our skills, and allow us all to develop and grow as a team.  He consistently showed that he was dedicated in both his professional and personal life through the years, in looking out for his community and living a life of service to others. In a world that is rapidly becoming selfish and ambivalent to the fortune of living in a country as special as the United States, Jorge is a treasure that should be appreciated and not condemned.

As for the events of that day in Washington, D.C., we as an American populace are encouraged to voice our dissatisfaction with our Government when we feel we are not being heard, and are protected by the founding documents to do so.  Many traveled to the Capitol that day to hear the President's speech and make their voices Peacefully and Patriotically heard.  I remember watching the television that day, and finding it so odd seeing the Police open up gates, fencing and doors and allowing the Citizens into the building.  Some of which were even inside the Capitol well before the President had even finished his speech quite a distance away.  I can only imagine how confusing that walk must have been to come up to the building and being ushered in with an implied permission to be there by the security present.

Jorge's presence that day more than likely actually kept people from being hurt.  Both in the crowd and Police forces.  Knowing him, he deescalated tensions due to his military training as the environment became increasingly hostile.

On the outside looking in, I like many of my fellow Americans can not understand the heavy weight of the Judiciary being applied to so many that were there that day. And since that day, there has been a ripple effect on those who wish to show their disapproval to their Government, but wont due to their fear of persecution and prosecution.  There is a subtle intimidation happening by those we have entrusted to protect us and our Rights.

I have known Jorge for over 27 years.   In many regards he and I are cut from the same cloth with how we feel about our Country and what we see we must do to Defend our home so all can share in the framework we were meant to enjoy. Jorge is a Protector and I hold him in the utmost respect and consider him honorable.

I urge you to consider Jorge's lifelong history of being of service to his Country and fellow Citizens and think on how his presence there that day, with his mental and situational awareness, more than likely was a source of de-escalation that provided safety and support to those that were working Security.   His entire life has gone through so much upheaval due to the politicization of that day and anymore scrutiny of this man past this point would only be viewed by someone like me as just kicking a man while he was down.  He has paid his penance for any infraction perceived, and any further sentence would be unwarranted.  In a time where so many of us in this Country feel abandoned by our Government and Legal System, please be a voice of reason, a fellow Keeper of the Oath to our Constitution, and be someone who can make us believe in the Institutions again.

Thank you for your time in reading this, and I appreciate the pressure you must be under.

Respectfully,

Matthew Menefee



Louisville, KY 40216

August 27, 2023

Hon. Amet P. Mehta
U.S. District Judge Washington DC

Your Honor:

My name is Jeanette Rodgers, and I first met Jorge and Kelli in 2021 when they moved into our neighborhood in Lincoln. He had a BBQ for a few of the neighbors and I was very impressed with his patriotic love for our country. It seems that is not a common thing anymore. He told me about his experience in the Republican party and his extremely impressive educational background. He is also a devout Christian, as am I, and I consider myself to be a very close friend.

I find Jorge to be a very thoughtful and considerate person. Since I am a widow, Jorge offered any kind of help if I needed it. In that regard, he has assisted me with some technical computer issues, and helped me move some furniture. I feel confident that he would be available if I needed anything.

Kelli has two boys from a previous marriage, and Jorge and Kelli have a one year old daughter, Reagan, that he adores. I often see him walking with her and Kelli's two boys. I also see him doing things with the boys and offering parental guidance to them in a fatherly role. They seem like a very good example of a wholesome family. They go to church on Sundays and do a lot of family activities together.

I feel that it would be a travesty to send Jorge to prison! He is a veteran who has served our country and continues to love it. It is very unfair that a disabled veteran has to be punished for simply appearing at an event that he had no idea would turn out the way it did. Is that the way this country treats the people who offer to die for our country? It would be devastating to Jorge and an upset to his family. Not only would it be punishing Jorge, but Kelli, Regan and her boys as well.

I beg for leniency of this court to allow Jorge to be with his family and not be imprisoned. It would help me also to believe that this country does not punish the people who fight and die for our country.

If you have any questions, I am available.

Sincerely,


Jeanette Rodgers



@gmail.com

August, 30th, 2023

To:   Honorable Judge Amet P. Mehta
      United States District Judge
      Washington, DC

Re:   **Jorge Riley**

Your Honor:

I understand that Jorge Riley is appearing before the Court in relation to the charge of obstruction of an official proceeding and I seek to provide a character reference on his behalf. My name is Michael Nguyen, a 60 year old US Navy veteran, an entrepreneur from northern California, and a neighbor of Mr. Jorge Riley.

I met Jorge when he begins residing across the street from our home around middle of 2021. Jorge was easy to talk to and both my wife and I find him very polite, considerate, and of strong moral character. During COVID-19, my wife was hospitalized with congestive heart failure and throughout this difficult time, Jorge regularly checked in on us and never hesitated to assist whenever we needed his help. His concerns for our wellbeing is genuine and his actions spoke volume of his faith and his character. I can say with total confidence that few men could be so selfless especially when in the midst of his own legal woes. Jorge's patriotism and love of country tangled him within the emotion of a turbulent time and he is since living with much regrets of the unfortunate event.

Living a life under constant fear, stress, and chaos since the event of two years ago on top of time previously served, I believe Jorge have already paid dearly for his involvement. It is my sincere hope that the court takes this letter into consideration and gives extreme leniency at the time of sentencing.

Thank You,

Yours sincerely,

Michael Nguyen

Lincoln, CA 95648

Wendy L Wong RN, BSN

8/29/2023

**Hon. Amet P. Mehta**
**United States District Judge Washington, DC**

Your Honor,

The purpose of this letter is to present you the good character of Jorge Riley. I have known Jorge Riley for over 10 years. He is a good family friend. I can confirm he is a very considerate , dedicated and compassionate to the well-being of others. I have experienced Jorge to always show up earlier than asked. He works hard whenever asking him to help with duties. He is also extremely polite and very respectful with manners.

I support my local neighborhood with National Night Out every year. We have a large turnout of over 300 people. We demonstrate our appreciation for law-enforcement, first responders and anyone whom supports the means of  safety to the community. Jorge would attend these events every year. He would always show up early help with set up and be the one to help LEO or the fire department get to the area safely. We always have fun and games during national night out. Jorge would get everybody including LEO and fire ready to play the games. We also have a water balloon fights with the children. He also gets that event set up and it's fun to see the children having a water balloon fight with local law enforcement and fire and EMS.

Jorge Riley has a very strong personality. He does stand out in a crowd. I know that Jorge has pled guilty to aiding and abetting the obstruction of an official proceeding of January 6, 2021. Also have a small handful of nurse friends as well that were there watching as people were at the rally. They also participated at the rally and like Jorge, did nothing violent nor obstruct as Jorge is getting charged for. They were proud to be there, like Jorge. Jorge is not a destructive person. Jorge, like my co- workers, were there for support and showed good intentions of being there as a supporter and not for some criminal act. Many people were at that rally on January 6, 2021. There were a lot more people that did far worse than what Jorge Riley is convicted for. Jail time is a pretty bitter sentence for honestly doing nothing, but physically being there.

Jorge Riley is a family man. His longtime girlfriend just gave birth to their little daughter. He loves her so much and that little girl is his life. Imprisonment is a grim way for a new father to start his life with his daughter.

Is my sincere hope that the court takes this letter into consideration and in any way lessen his sentence or to help make a decision on his fate. I believe Jorge to be an honorable, considerate and dedicated individual. Jorge is a valuable member of his community and a good human being.

WENDY L WONG RN, BSN

Aug. 23, 2023

Hon. Amet P. Mehta
United States District Judge
Washington, DC

Dear Hon. Amet P. Mehta,

My name is Tina Larson. I live in a small community in Tehachapi, Ca. I am a grandmother of six and a manager for a restoration company. I am writing you to ask you to show mercy and grace to my dear friend, Jorge Riley when you consider his sentencing. I have known Jorge since 2012.

I met Jorge on Facebook during political conversations on line. We became good friends on line and then in "real life". There is no doubt that he has passion and love for our country. Jorge is the main reason I became involved in the California Republican Assembly. He continued to ask me to get involved and a few years later, I did get involved. I was a founding member of our charter for the CRA, known as Greater Tehachapi Republican Assembly. Jorge was very instrumental in helping to get the GTRA established. I have known him to be a gentleman in the truest since of the word. I formed a special bond with Jorge because of his caring nature in humanity and his love for our country. Through the years, I have had many conversations with Jorge. I have found him to be kind and considerate of others.

Before Jan. 6th, I had expressed to Jorge my interest in going to the Capitol with the many others in America that had concerns of election fraud in support of President Trump. Jorge invited me to meet up with him if I did go. We talked about showing solidarity and patriotism in a peaceful protest to try to encourage and stop Congress from certifying the election. There were no criminal intentions by either of us. Only pure intentions to walk in solidarity with the countless others that felt robbed in our civil rights to have fair elections. Unfortunately, because of my work schedule, I was not able to attend.

When I heard of Jorge's arrest, I had to write him. I had never before written anyone in jail or prison. Nor have I ever written a judge on anyone's behalf. Because I knew where his heart was, I was compelled to write him some words of encouragement while in jail. I wanted him to be strong and let him know that he has people that love him very much. Weeks later, I received a letter back from Jorge. It was hard for me to read because I knew he did not belong there.

Your Honor, please find it in your heart to place him on probation. I know in my heart that not only Jorge but our entire country has learned so much from this incident.

Best Regards,

Tina Larson

August 25, 2023
Mylinda Mason

Honorable Amet P. Mehta

United States District Judge

Washington, DC

   My name is Mylinda Mason and I have known Jorge Riley for well over 15 years.  We have spent a lot of time together since that very first meeting. Jorge left a lasting impression on me from that very first meeting. His love of life people and his willingness to jump in and get involved in so many good causes and step up to help wherever he can make a difference or be of service to his fellow man.

I have witnessed Jorge in many situations over these past years. My family and I have hosted Jorge over many weekends and short trips and dinners. Jorge is a delightful, positive and enthusiastic personality.

He has the wonderful true disposition of a gentleman. He is thoughtful and endeavors to always do what is right. I have observed his efforts to use self-control and strength in situations of distress.

We have enjoyed business meetings, conventions, dinners, travel and holidays and church together along with many others.

   I will reiterate here the immense respect, devotion and fondness of anyone who has had the pleasure to spend time Jorge at my home.  Jorge leaves a lasting remembrance on all.  Jorge goes out of his way to be helpful and serve others. Jorge is by nature friendly and outgoing.

   Jorge's character is seen in his honor, his honesty, and his reliability; I can always count on Jorge's word.  I have never witnessed Jorge being dishonest or unreliable in his service to our groups, our friends nor myself.  Jorge is passionate. He goes all the way in his aspirations.

Jorge certainly would have consequently done anything on January 6, 2021, to serve and promote Liberty and Integrity in our election time. To help our country and sacrifice for it. I repeat that Jorge is a sacrificial man. A man that thinks and feels deeply. This explains our and many others strong relationships, that go deep!

His considerate nature is evident in everyday situations and seen in his service to all of us.  I have personally been in need, when not doing well and Jorge sacrificed time, effort, comfort and sleep. Based upon all of this and more, I would never believe Jorge would act in crime or breach to the harm of another.  He would not gamble on his relationships with his own family and children.

   Because of Jorge's love of life, his energy and responsibilities on the outside, I believe a prison sentence would be detrimental in many ways to his young family and Jorge. I Personally (if I may say so) believe a prison sentence is not warranted. I believe my thoughtful, kind, generous and passionate friend who loves our country was let into the Capitol and was certainly not intending any injury. Again, a patriot and a servant need not be imprisoned to the determent of his own physical, mental, emotional health and well-being, nor that of his family. There is no intent of harm in voicing one's opinion and protest against any entity, including our government officials. That is the Citizens' Right in a Republic.


Respectfully Submitted


Mylinda Mason

Dr. Brid et A. Melson, MFT, Psy.D

Date: August 23, 2023

RE: Jorge Riley

Hon. Amet P. Mehta
United States District Judge
Washington, DC

To the Honorable Amet P. Mehta-

My name is Dr. Bridget Melson, and I am a licensed mental health professional, Texas councilwoman and currently serve on the CPS Board of Directors. While I am originally from California, I now reside in Texas, and I am proud to offer my character reference of Jorge Riley to whom I have personally known for over 15 years as a close friend.

During my friendship with Mr. Riley, I have known him to be a dedicated friend--one who is appropriately passionate about his family, his heritage, and his fellow American. We worked together in political circles, and he was always professional, levelheaded, and factual when presenting issues. He and I were often involved working hand in hand with various groups, at functions and events and he was always friendly, gracious, and kind to all, no matter what side of the aisle one was on.

In addition, Mr. Riley is a person who has always presented himself with levelheadedness and grace. His passion for the greater good is strong and inspiring in many ways. I personally have learned many lessons from watching his interactions with individuals from various ethnic backgrounds, political sides, and belief systems. He is giving, well-mannered, and is a man of integrity and strong character.

I have never observed Mr. Riley to be mean spirited, prideful, deceptive, or unkind. Quite the opposite. We have spoken many times since this case, and he has always asked me to challenge him to be better, take responsibility when necessary, and keep him accountable to being the man of character he believes God created him to be.

I know Mr. Riley's heart as I have witnessed his inspiring passion; and while emotions may run high in certain rare situations, if ever a line is crossed, I know he feels regret, shame, and disappointment on a deep level. I have always observed Mr. Riley to recognize any mistakes or inadequacies, and either seek wise counsel or self-correct, when necessary, so as to respect the law and honor those around him.

It truly is my sincere pleasure to know Mr. Riley and my entire family will forever remain a support and friend to him.

Please do not hesitate to contact me if you should require any further information.

Sincerely,


Dr. Bridget A. Melson, MFT, Psy.D