**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.                                              Case No. 1:21-CR-00069-APM

JORGE RILEY

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SURRENDER DATE**

Mr. Riley moves the Court to issue the attached proposed order continuing his scheduled surrender date (October 26, 2023) to **November 28, 2023, by 2:00 p.m.** Counsel for the United States has advised defense counsel that the government does not oppose this request.

On September 6, 2023, the Court sentenced Mr. Riley to serve 18 months in custody of the Bureau of Prisons. No surrender date was set. Probation advised Mr. Riley that he would be given a date within three weeks to three months of sentencing. On October 6, Probation instructed Mr. Riley to surrender to the designated institution before 2:00 p.m. on Thursday, October 26, 2023.

On September 27, before he was notified of his surrender date, Mr. Riley had surgery to repair his damaged cornea. His surgery requires follow-up by his ophthalmologist and the last appointment is scheduled for early December. Mr. Riley is advancing that appointment in order to surrender on November 28.

Defense counsel provided the government with documentation of the surgery. The government advised it does not oppose the request to change Mr. Riley's surrender to November

28, 2023.  Defense counsel will alert Probation of this request and will notify Mr. Riley,

assuming the Court grants this motion.

A proposed order is submitted with this motion.


Respectfully submitted,

*/s/ Tim Zindel*

TIMOTHY ZINDEL
Attorney for Jorge Riley

Sacramento, California
October 16, 2023