UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE RILEY | Case No. 1:21-CR-00069-APM |

**ORDER**

The Court has reviewed defendant's unopposed motion to continue his surrender date. The motion is hereby GRANTED. Mr. Riley is ORDERED to surrender to the institution designated by the Bureau of Prisons no later than 2:00 p.m. on Tuesday, **November 28, 2023.**

_____
HON. AMIT P. MEHTA
United States District Judge

3