# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-69 (APM) |
| ) | |
| JORGE AARON RILEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant Jorge Riley's Motion for Bail Pending Resolution of his Motion to Vacate Sentence Pursuant to 28 U.S.C. 2255, ECF No. 72, and without objection from the United States, ECF No. 73, the court hereby stays the balance of Defendant's sentence of incarceration and orders his release forthwith from custody of the Bureau of Prisons. Within 72 hours of release, Defendant shall report to the U.S. Probation Office in the District of residence. He shall immediately commence his term of supervised release and is subject to the terms and conditions of supervised release set forth in the Judgment entered on September 25, 2024, ECF No. 67.

Dated: July 12, 2024

Amit P. Mehta
United States District Court Judge