UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE A. RILEY,<br><br>    Defendant. | Case No. 21-CR-0069 |

JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defense counsel together submit this Joint Status Report in response to the Court's Order dated January 22, 2025.

The Court raised issues in the January 22, 2025 which require a more fulsome briefing. The parties request that the Court issue a scheduling order for the parties. The government requests that the defendant file his brief on or before February 21, 2025; the government shall respond by March 7, 2025; and the defendant will file a reply, if any, on or before March 14, 2025.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866
_____/S/_____
JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068


*/s/ T. Zindel*
TIMOTHY ZINDEL
Counsel for Jorge Riley

1