UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JORGE RILEY,

    Defendant.

Case No. 1:21-CR-00069-APM

**REPLY TO GOVERNMENT'S RESPONSE TO
SUPPLEMENTAL BRIEF ADDRESSING ISSUES RAISED
IN THE COURT'S ORDER FILED JANUARY 21, 2025**

The government agrees that the Court has authority to rule on Mr. Riley's 2255 motion (timely filed on July 8, 2024, when Mr. Riley was in custody) for the reasons stated in Mr. Riley's supplemental brief. Mr. Riley agrees that the Court has authority also to grant the government's Rule 48 motion (filed January 21, 2025) under the circumstances here. The government's argument based on *Rice v. Rivera*, 617 F.3d 802, 811 (4th Cir. 2010), is particularly persuasive. *Rice* observed that "Rule 48 is a claim-processing rule, rather than a jurisdictional restriction." *Id.*

The government recognizes that granting Mr. Riley's 2255 motion, which it appears not to oppose, would entitle Mr. Riley to return of the $100 special assessment he paid after he was convicted of a crime he did not commit. Doc. 89 at 9. This is reason enough to grant the 2255 motion. For Mr. Riley, granting the 2255 motion holds an even more valuable collateral

2

consequence, which is that he will be able to say that he was not validly convicted of a felony offense. Granting the motion vacates the underlying conviction, which is the outcome Mr. Riley desires.

Mr. Riley respectfully suggests that the Court enter an order granting both Mr. Riley's motion to vacate and set aside his conviction and the government's motion to dismiss the case under Rule 48. He further asks that the Court direct the Clerk of the Court to return to Mr. Riley, through counsel or otherwise, the $100 special assessment he paid in reliance on the judgment.

Counsel will submit a proposed order with this filing, for the Court's convenience, should the Court wish to expedite its ruling.

Respectfully submitted,

March 12, 2025                   /s/ Tim Zindel

TIMOTHY ZINDEL
Attorney for Jorge Riley